UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**WINFRED CAMPBELL (#161377)**          **CIVIL ACTION**

**VERSUS**

**WARDEN BURL CAIN, ET AL.**          **NO. 15-0364-JWD-SCR**

### R U L I N G

In May, 2014, the *pro se* plaintiff, an inmate confined at the Louisiana State Penitentiary ("LSP"), Angola, Louisiana, filed this proceeding, apparently pursuant to 42 U.S.C. § 1983, complaining that officials at LSP have violated his constitutional rights, *inter alia,* by forcing him to perform work that is beyond his ability or is unduly painful, by exhibiting deliberate indifference to his serious medical needs, by subjecting him to retaliation in response to a prior lawsuit, and by confiscating or withholding his personal property.

Pursuant to correspondence dated June 11, 2015 (R. Doc. 2), the Court directed the plaintiff to re-submit his Complaint on the Court's approved Complaint form within twenty-one (21) days and, within such time, to either pay the Court's filing fee or submit a properly completed Statement of Account (a copy of which was attached), certifying to the average six-month deposits and balance in his inmate account(s). The referenced correspondence specifically advised the plaintiff that "failure to amend the pleadings or provide the requested information or forms as indicated will result in the dismissal of your suit by the Court without further notice." *Id.*

A review of the record by the Court reflects that, despite notice and an opportunity to appear, the plaintiff has failed to respond to the Court's directive. Therefore, the plaintiff's action shall be

dismissed, without prejudice, because of his failure to correct the deficiencies of which he was notified. Accordingly,

**IT IS ORDERED** that the above-captioned proceeding be **DISMISSED,** without prejudice. Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>July 15, 2015</u>.

---

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**